

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-13-00487-CV

**Cynthia Goodie**

v.

**Madison Barnwell Partnership, Robert Barnwell, Wanda Barnwell, and Cathy Ulmer**

NO. 2010-74865 IN THE 215TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MEDIATION FEE | $10.00 | 07/17/2014 | E-PAID | APE |
| MT FEE | $10.00 | 06/11/2014 | INDIGENT | ANT |
| RPT RECORD | $2,946.00 | 03/06/2014 | UNKNOWN | UNK |
| COPIES | $1.00 | 02/25/2014 | PAID | APE |
| CLK RECORD | $1,010.00 | 02/18/2014 | INDIGENT | ANT |
| MT FEE | $15.00 | 08/08/2013 | UNKNOWN | ANT |
| CLK RECORD | $105.00 | 07/23/2013 | UNKNOWN | ANT |
| FILING | $175.00 | 06/11/2013 | UNKNOWN | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $4,272.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this February 6, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**